UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

       Plaintiff,                              Criminal 05-161 (2) (RHK/JSM)

vs.                                         **ORDER**

Huy Vu Le,

       Defendant.

---

      Defendant's Motion for Extension of Time to Report (Doc. No. 71) is **DENIED**.

Dated:  January 20, 2006

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge